NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAHAMITR PRESSURE CONTAINER PLC.,**
*Plaintiff-Appellant*

**WORLDWIDE DISTRIBUTION, LLLP,**
*Plaintiff*

v.

**UNITED STATES, WORTHINGTON ENTERPRISES, INC.,**
*Defendants-Appellees*

---

2024-2043

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00107-MMB, Judge M. Miller Baker.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

January 30, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 30, 2025